THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v OSCAR SANDERS, Appellant.

Submitted January 26, 2015; decided February 12, 2015

Motion for assignment of counsel granted and Lynn W.L. Fahey, Esq., Appellate Advocates, 111 John Street, 9th Floor, New York, NY 10038 assigned as counsel to the appellant on the appeal herein.

Judges STEIN and FAHEY taking no part.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v GLENN S. SMITH, Respondent.

Submitted January 26, 2015; decided February 12, 2015

Motion for assignment of counsel granted and Richard N. Lentino, Esq., 138 West Main Street, Middletown, New York 10940 assigned as counsel to the respondent on the appeal herein.

Judges STEIN and FAHEY taking no part.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RHIAN TAYLOR, Appellant.

Submitted February 2, 2015; decided February 12, 2015

Motion for assignment of counsel granted only to the extent that Joel B. Rudin, Esq., care of Law Offices of Joel B. Rudin, 600 Fifth Ave., Tenth Floor, New York, NY 10020 is assigned without fee to represent appellant on the appeal herein. Counsel may, however, apply for reimbursement of necessary disbursements incurred in connection with the assignment.

Judges STEIN and FAHEY taking no part.